**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ST. JOHNS RIVERKEEPER, INC.,

    Plaintiff,

vs.                                   Case No. 3:17-cv-398-J-34MCR

UNITED STATES ARMY CORPS OF
ENGINEERS,

    Defendant,

vs.

JACKSONVILLE PORT AUTHORITY,

    Intervenor Defendant.
_____/

## NOTICE OF TELEPHONIC HEARING

**PLEASE TAKE NOTICE** that the above-styled cause is scheduled for a telephonic status conference on **TUESDAY, JUNE 25, 2019, at 11:00 A.M.**, before the Honorable Marcia Morales Howard, United States District Judge.  The parties shall appear telephonically by calling toll free at 888-684-8852 from within the United States or 215-446-0155 for callers outside of the United States.  **The access code to enter the telephone conference for all participants is: 5822282. You will then be prompted to enter the participant security code: 1739 followed by the # (pound) key.**

DATE:      June 14, 2019

                                                      FOR THE COURT:

                                                      By:   s/ Jodi L. Wiles
                                                                Deputy Clerk

ja

- 2 -

Copies to:

Counsel of Record